defines the offense of which the defendant was convicted. The question was raised on the trial but was not argued by either counsel upon the appeal. We, therefore, do not decide the question. The judgment of conviction should be reversed on the law and facts and a new trial granted. All concur. Judgment of conviction reversed upon the law and facts and new trial granted.

———

LEWIS J. BENNETT and Others, for Themselves and for Such Owners of Real Property in Central Park, Buffalo, New York, etc., Respondents, v. SEBASTIAN L. PETRINO, Appellant.— Judgment affirmed, with costs. All concur, except Clark and Sears, JJ., who dissent upon the authority of *Reformed Protestant Dutch Church* v. *M. A. Bldg. Co.* (214 N. Y. 269).

F. H. CONKLIN & W. G. HARRINGTON, INC., Respondent, v. FRANK PIEKARSKI, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN S. BECKWITH, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order affirmed, with costs. All concur; Sears, J., not sitting.

JOHN H. MERRILL, Respondent, v. FRANK V. E. BARDOL, Appellant.— Judgment and order affirmed, with costs. All concur.

GEORGE SMITH, Respondent, v. STEPHEN CHATREND, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of W. HOWARD PILLSBURY, Respondent, v. FRANK X. SCHWAB, Mayor, and Others, Constituting The Council of the City of Buffalo, Appellants.— Order affirmed, with costs. All concur.

CELIA STRONGIN, Appellant, v. MAX G. COLEMAN, Respondent.— Judgment and order affirmed, with costs. All concur.

FLORENCE M. CUDDEBACK, as Administratrix, etc., of WILLIAM A. GODDARD, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

LUCY W. CRAWFORD, Respondent, v. STUART L. CRAWFORD, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Clark, J., not sitting.

MERCHANTS NATIONAL BANK OF WORCESTER, MASS., Appellant, v. GEORGE BAKER LONG and Others, Respondents. LONDON GUARANTEE AND ACCIDENT COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Motion to amend judgment granted, so as to charge the costs of the appeal against both appellants. Sears, J., not sitting.

In the Matter of the Application of LOUIS P. FUHRMANN and Others, as and Constituting the Board of Education of the City of Buffalo, for a Mandamus Order against ROSS GRAVES, as Commissioner of Finance, etc.— Motion for leave to appeal to Court of Appeals granted.

CATHERINE D. COFFEY, Appellant, v. HARRY C. WEBB, Respondent.— Appeal dismissed, unless appellant shall file and serve the printed papers on appeal by January second.

HARRISON B. McGRAW, as Assignee, etc., of GEORGE H. WORTHINGTON, Respondent, v. FRANK A. HALLADAY, as Executor, etc., of ALICE F. HALLADAY, Deceased, Appellant.— Judgment affirmed, with costs. Findings of fact Nos. 32 and 33 disapproved and reversed, and new findings made in lieu thereof. All